FILED
2006 Sep-19 AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED   IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2006 SEP 15 PM 1:38

CV-06-CO-1853-S

Mr. Lorenzo Neal Billingsley

Inmate Identification Number: #14914

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Mr. Jimmy Abbett, Joe Simth "Mayor,"
Nrues: Duboise and Ect. Lt. Kyla
Tallapoosa County Jail, Jugde: Kim Taylor

(Enter above full name(s) of the defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( ✓ )          No ( )

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s):   Mr. Lorenzo Neal Billingsley

         Defendant(s):   Tallapoosa County Jial, Mr. Jimmy Abbett,
         Mayor: Joe Simth, Nrues: Duboise, Jugde: Kim Taylor

2. Court (if Federal Court, name the district; if State Court, name the county) _Clerk United States District Court 1729- 5th Ave. North Birmingham, Ala. 35203_

3. Docket number _Don't Know_

4. Name of judge to whom case was assigned _Don't Know_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

6. Approximate date of filing lawsuit _Last Year 2005_

7. Approximate date of disposition _N/A_

II. Place of present confinement _Tallapoosa County Jail 316-Industrial Park Dr. Dadeville, Alabama 36853_

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )   No ( )

C. If your answer is YES:

1. What steps did you take? _I sent out a Request for Medaicl Treatment and to go to the E.R. and was Refused._

2. What was the result? _Refused Also before I got Lock up on this said Aug. 7, 2006 I had just gotten out of the Hospital with Surger a week before my Confinement_

D. If your answer is NO, explain why not? _____

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Lorenzo Neal Billingsley #14914

Address Tallapoosa County Jail 316-Industrial Park Dr. Dadeville, Alabama 36853

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Mr. Jimmy Abbett, Sheriff, Mr. Joe Smth, Mayor, Nrues: Duboise

is employed as _____

at _____

C. Additional Defendants Jugde: Kim Taylor

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On this date Aug. 7, 2006 I was put in the Jail for Child support, and a $400.00 Fine But when this Warrten was place on me I was in the Hospital and My Doctor Sent a Letter to the Jugde and a Copy was giving to the Sheriff: Mr. Jimmy Abbett, And Nrues: Duboise. But I was not released untill another Court Date. I was Confined in Jail at Tallapoosa County Jail and also I had just gotten out of the Hospital for Surger and also had four more Surgery on my Stoumch and Still have to go back into Surger again. But they still put me in Jail my Doctor Sent Doctor Appointment that were very Important that I Keep

3

for my Medical Problem. The Sharrif Abbett Refued to let me go to the Hospital also my Doctor Appointments. Also the Nrues Duboise Refued me to go to the E.R. two time on said Dates Aug. 8, 06, Aug, 2006 to E.R. Refued me two time Also to Birmingham U.A.B. on said Date September 5th 2006 And I am still Lock up in Jail in Need of Medacil Treatment Right Now But has been Refused Because I have a life threating Disease to my Intestines. And the Food is not good for me, And my Doctor gave the Nruse a Special Diet for my Health and it has been Refused

## V. RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Lorenzo Neal Billingsley would like for Tallapoosa County to be made to Release me at Ocness so I can get the Medical Treatment I need. Also be brought to the Courts and Sue for $100,000.00 For Violatation of my Civil Rights and Refuseing me Medcail Treatment. Please. I'm in Need of Medical Treatment as Soon as possiable

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _September 8, 2006_ .

Mr. Lorenzo Neal Billingsley

Mr. Lorenzo Neal Billingsley
Signature(s)

4