**FOR USE BY INCARCERATED PERSONS**

FILED
2006 SEP 15 PM 1:39
COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

### APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: _Lorenzo Neal Billingsley_

   Present mailing address: _Tallapoosa County Jail 316-Industrial Park Dr. Dadeville, Alabama 36853_

2. Are you presently employed?                                Yes ____   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _Hud Housing Authority of Sylacauga Alabama 35150_
   _a $ 00 hrs._

   Date last worked: _Nov 2005_
   Monthly earnings: _$800.00_

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ____   No ✓

   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____   No ✓

1

(c) Pensions, annuities, or life insurance payments?   Yes ____   No ✓

(d) Gifts or inheritances?   Yes ____   No ✓

(e) Any other sources?   Yes ____   No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ N/A

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ____   No ✓

If the answer is "yes," describe the property and state its approximate value:

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

My wife helps me because I'm Disable and I have sign up for my Disabidy

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 9-8-06

Mr. Lorenzo Neal Billingsley
SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Lorenzo Billingsley__ has been incarcerated in this institution since __8-8-06__, 19____, and that he has the sum of $__0__ in his prison or jail trust account on this the __13__ day of __September__, ~~19~~ 06. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | 0 | $ 0 | $ 0 |
| Month 2 | | $ | $ |
| Month 3 | | $ | $ |
| Month 4 | | $ | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |
| Current month (if less than full month) | | $ | $ |

__Marianne Adams__
Signature of Authorized Officer of Institution

__TCSO__
Name of Institution

4