FILED
2006 Sep-22 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

In The United States District Court
for The Northern District of Alabama

Date: 9-18-06

-Plaintiff(s)-
Mr. Lorenzo Neal Billingsley #14914

vs.                                  CV-06-CO-1853-S

Jimmy Abbett-Sheriff and Ect.

Tallapoosa County Sheriff Department
-Defendants-

This is to Notify the Clerk of my change of Address, please send my case mail to this Address: 161~ Angelwood Dr.
                    Sylacauga, Alabama: 35150


                        Thank You,

                        Mr. Lorenzo Neal Billingsley

FILED
06 SEP 20 PM 12:22
U.S. DISTRICT COURT
N.D. OF ALABAMA