Case 2:06-cv-01853-LSC-HGD   Document 4   Filed 09/26/2006   Page 1 of 2

FILED
2006 Sep-26 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

RECEIVED

2006 OCT 16  A 9: 26

P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LORENZO NEAL BILLINGSLEY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:06-cv-01853-LSC-HGD |
| ) | |
| SHERIFF JIMMY ABBETT, et al., ) | |
| ) | |
| Defendants ) | |

## **ORDER**

Lorenzo Neal Billingsley, plaintiff, has filed a *pro se* complaint in this court pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner incarcerated in the Tallapoosa County Jail, which is located in the Middle District of Alabama. Plaintiff complains that jail officials and medical personnel have been deliberately indifferent to his serious medical needs. Plaintiff seeks to be released from prison so that he may obtain proper treatment for his medical condition. He names as defendants city and county officials as well as jail staff.

It appears from the complaint filed by plaintiff that venue is not proper in the Northern District of Alabama. A civil rights action may be brought only in the judicial district (1) where at least one of the defendants resides or (2) where "a substantial part of the events or omissions giving rise to the claim occurred."

28 U.S.C. § 1391(b). *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973); *Daugherty v. Procunier*, 456 F.2d 97 (9th Cir. 1972). There does not appear to be a defendant who resides in the Northern District of Alabama. In addition, the incident about which plaintiff complains did not occur in the Northern District of Alabama and appears to have occurred in the Middle District of Alabama. Accordingly, in the interest of justice, it is ORDERED that this action be TRANSFERRED to the United States District Court for Middle District of Alabama. 28 U.S.C. § 1404(a).

DONE this 26th day of September, 2006.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE

TRUE COPY:
By: