IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| LORENZO NEAL BILLINGSLEY | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-932-MEF |
| | | (WO) |
| JIMMY ABBETT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

When he filed the instant complaint, Plaintiff was incarcerated at the Tallapoosa County Jail located in Dadeville, Alabama. Since the filing of this action, it appears that Plaintiff has been released from custody. Now that Plaintiff has been released, the court deems it appropriate to have him forward information concerning his current financial status. Alternatively, Plaintiff may submit the $350.00 filing fee. To assist Plaintiff in complying with this order, the Clerk of Court shall be directed to send Plaintiff a form for use in requesting *pauper* status.

Accordingly, it is ORDERED that:

1. On or before October 31, 2006 Plaintiff sign and return the enclosed motion requesting *in forma pauperis* status or submit the $350.00 filing fee to the Clerk of Court;

2. The Clerk of Court MAIL to Plaintiff a copy of this order along with a form for use in requesting leave to proceed *in forma pauperis* by a non-prisoner. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that this case be dismissed.

Done this 18th day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE