IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| LORENZO NEAL BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-932-MEF |
| | ) |
| JIMMY ABBETT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on November 14, 2006 (Doc. #6), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for plaintiff's failure to comply with the order of this court.

DONE this the 8th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE